FORM VAN–122
REVISED 08/01/2018

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

In re:                                        Case No.: 2:19–bk–07755–EPB

BANLENG SETKUPYSIT                            Chapter: 13
15329 W MELISSA
SURPRISE, AZ 85374
**SSAN:** xxx–xx–4109
**EIN:**

Debtor(s)

### ORDER DISMISSING CASE

☑ The debtor(s) having failed to file a list of creditors in the proper format as required by Local Bankruptcy Rule 1007–1.

☐ The individual debtor(s) having failed to file a Credit Counseling Certificate as required by Fed. R. Bankr. P. 1007(b)(3).

☐ The debtor(s) having failed to pay the filing fee as ordered by the court.

☐ The debtor(s) having failed to timely file the schedules and statements required by Fed. R. Bankr. P. 1007.

☐ The debtor(s) having failed to timely file a Chapter 13 plan as required by Fed. R. Bankr. P. 3015.

☐ The debtor(s) having failed to timely submit the Statement of Social Security Number as required by Fed. R. Bankr. P. 1007(f).

☐ The individual debtor(s) having failed to file a Statement of Your Current Monthly Income and any additional forms as required by Fed. R. Bankr. P. 1007.

☐ The debtor(s) having failed to file a Declaration of Evidence of Employer's Payments as required by Local Bankruptcy Rule 1007–1.

☐ The debtor(s) having failed to file a Declaration Under Penalty of Perjury for Debtors Without an Attorney as required by Local Bankruptcy Rule 1007–1.

☐ The debtor(s) having failed to appear and be examined at the meeting of creditors as required by 11 U.S.C. § 341.

☐ After an Order to Show Cause why this case should not be dismissed was issued.

☐ The trustee having moved to dismiss this case.

☐ The debtor(s) having moved to dismiss this case.

☐ The debtor(s) having failed to timely file all required Official Forms as indicated by the court.

–– Order continued on 2nd page ––

IT IS ORDERED that the above–captioned case be dismissed. Jurisdiction is retained over any matters arising under 11 U.S.C. § 110.

IT IS FURTHER ORDERED that any pending hearings, including any final hearing set on a motion for relief from the automatic stay are vacated.

IT IS FURTHER ORDERED that if the debtor wishes to reinstate this case, a motion for reinstatement must be filed setting forth the reasons for the request.

IT IS FURTHER ORDERED that even though this case has been dismissed, debtor(s) is/are required to pay all outstanding fees due and owing to the court.

IT IS FURTHER ORDERED that the Court shall not consider a motion for reinstatement of the case unless all fees are paid in full or all required documents are filed.

NOTICE IS ALSO GIVEN that the order was entered on the docket this date.

**Date:** July 3, 2019                                                    BY THE COURT


**Address of the Bankruptcy Clerk's Office:**          HONORABLE Eddward P. Ballinger Jr.
U.S. Bankruptcy Court, Arizona                         United States Bankruptcy Judge
230 North First Avenue, Suite 101
Phoenix, AZ 85003–1727
Telephone number:  (602) 682–4000
www.azb.uscourts.gov